UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:13-CR-167-1 |
| | § | |
| WILLIAM HENNEBERGER | § | |

## ORDER

Before the Court is Defendant's Motion for Release Pending Appeal (D.E. 70). The motion is not opposed by the Government. Based on the evidence before the Court, the Court **GRANTS** the motion.

The Court finds (1) by clear and convincing evidence that Defendant is not likely to flee or pose a danger to the safety of any other person or the community, and (2) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process. 18 U.S.C. § 3143(b)

While on release pending appeal of his sentence, Defendant is **ORDERED** to comply with the Order Setting Conditions of Release entered on March 4, 2013 (D.E. 15).

ORDERED this 7th day of August, 2013.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE